**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 99-CR-375-B

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  HUNG VIET MA,

    Defendant.

---

**ORDER**

---

    This case is before me upon defendant's " Review and Request."  In it defendant appears to request review of his case and to discharge his case to clear his criminal record.  There is appended to plaintiff's pleading an Order entered in Colorado State Court dismissing Case Number: 01CR04924.  To the extent defendant is seeking to set aside the Judgment of Conviction and Sentence in this case, 99-cr-00375-LTB, no good reason has been stated to do so.  Accordingly,

    IT IS ORDERED that defendant's request, construed as a motion to set aside sentence, is DENIED.

    DATED at Denver, Colorado, this 22nd day of November, 2006.

                                                            BY THE COURT:

                                                             s/Lewis T. Babcock
                                                              Lewis T. Babcock
                                                              Chief United States District Judge